ROBERT M. ALMARAZ
_____
NAME
C-86584
_____
PRISON IDENTIFICATION/BOOKING NO.
P.O. BOX 799001
_____
ADDRESS OR PLACE OF CONFINEMENT
SAN DIEGO, CALIORNIA 92179-9001
_____

Note:   It is your responsibility to notify the Clerk of Court in writing of any
        change of address. If represented by an attorney, provide his name,
        address, telephone and facsimile numbers, and e-mail address.

2008 JUL 25 AM 11:04

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY (HP)

(530)

Fee Paid

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT M. ALMARAZ
_____
FULL NAME (Include name under which you were convicted)
                                                    Petitioner,

v.

MATTHEW CATE, Secretary, CDCR
_____
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
                                                    Respondent.

CASE NUMBER:

CV **08-04892**-JSL (JC)
To be supplied by the Clerk of the United States District Court

"EVIDENTIARY HEARING REQUESTED"

☐ _____ AMENDED

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION   **LOS ANGELES**
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV 06-CV-2637 LAB (AJB) 2002 HEARING
CV 07-CV-0121 JAH (BLM) 2004 HEARING

## INSTRUCTIONS - PLEASE READ CAREFULLY

1.    To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.    In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.    Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.    Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.    You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6.    You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6.    When you have completed the form, send the original and two copies to the following address:

> Clerk of the United States District Court for the Central District of California
> United States Courthouse
> ATTN: Intake/Docket Section
> 312 North Spring Street
> Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT

JUL 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY (HP)                     DEPUTY

CV-69 (04/05)        PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)        Page 1 of 10

```
7/29/2008 2:37:22 PM  Receipt #: 109888
         Cashier : LLUNG [LA 1-1]
Paid by: MATTHEW CATE
2:CV08-04892
2008-086900        Writ Habeas Corpus(1)
Amount :                        $5.00
-------------------------------------------
M.O.  Payment : P5251 /           5.00
-------------------------------------------
Total Payment :                   5.00
```

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☒ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention ___R.J. DONOVAN CORRECTIONAL FACILITY___
   b. Place of conviction and sentence ___TORRANCE SUPERIOR COURT___

   **PAROLE HEARING DENIAL #7 HELD ON MARCH 15, 2006**
2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): ___MURDER SECOND DEGREE - INVOLUNTARY___
      ___MANSLAUGHTER - KIDNAP 2X - ROBBERY___

   b. Penal or other code section or sections: ___187 SECOND DEGREE - 192 - 207 2X - 211___

   c. Case number: ___A903202___
   d. Date of conviction: ___4-5-84___
   e. Date of sentence: ___4-5-84___
   f. Length of sentence on each count: ___15 TO LIFE W/POSSIBILITY OF PAROLE, ALL___
      ___OTHER CHARGES RUNNING CONCURRENT TO IT.___

   g. Plea (*check one*):
      ☒ Not guilty  **AT TRIAL**
      ☐ Guilty
      ☒ Nolo contendere - **NEGOTIATED PLEA AGREEMENT AFTER HUNG JURY**

   h. Kind of trial (*check one*):
      ☒ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?    ☐ Yes ☒ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: _____
   b. Grounds raised (*list each*):
      (1) _____

(2) _____

(3) _____

(4) _____

(5) _____

(6) _____

c.  Date of decision: _____

d.  Result _____

_____

4.  If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?    ☐ Yes    ☐ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a.  Case number: _____

b.  Grounds raised *(list each)*:

(1) _____

(2) _____

(3) _____

(4) _____

(5) _____

(6) _____

c.  Date of decision: _____

d.  Result _____

_____

5.  If you did not appeal:

a.  State your reasons ___ NO RIGHT TO DIRECT APPEAL
       NEGOTIATED PLEA AGREEMENT

_____

_____

_____

b.  Did you seek permission to file a late appeal?    ☐ Yes    ☐ No

6.  Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

☐ Yes    ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

CV-69 (04/05)

a.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

    (7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

b.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

    (7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

c.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?     ☐ Yes   ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

CAUTION:     *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a.  Ground one: VIOLATED DUE PROCESS & EQUAL PROTECTION - FEDERAL/STATE CONSTITUTIONS - DENYING PETITIONER A FAIR HEARING, MARCH 15, 2006.

   (1) Supporting FACTS:  COMMISSIONER BENTLEY STATED: "...ONE YEAR DENIAL... UNTIL THE COURTS DIRECT THE LEGISLATURE TO REWRITE...PENAL CODE SECTION 3041, WE WILL CONTINUE TO USE THE LIFE CRIME AS A REASON FOR DENIAL OF PAROLE." IGNORING ITS OBLIGATION TO SET A DATE IN A PRO FORMA HEARING, MAKING THIS AN ARBITRARY/ CAPRICIOUS ACT.

   (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☒ No

   (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☒ No

   (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☒ Yes   ☐ No

b.  Ground two: BOARD OF PAROLE HEARINGS DENIED PETITIONER VIOLATING THE CALIF. ADMINISTRATIVE PROCEDURE ACT: §684 & 711 - USC §706(2)(E). FEDERAL

   (1) Supporting FACTS: BY THESE ACTS PETITIONER IS DENIED DUE PROCESS & EQUAL PROTECTION OF THE LAW. BY USING SOME EVIDENCE AND NOT SUB-STANTIAL EVIDENCE AS REQUIRED BY ADMINISTRATIVE LAW COMPOUNDED BY THE FACT THAT THE BOARD ONLY DELIBERATED FOR ELEVEN (11) IN A PRO FORMA HEARING WITNESSED BY MICHAEL BECKMAN ATTORNEY.

   (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☒ No

   (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

BOARD PLACES PETITIONER IN A POSITION OF NOT LOOKING
PAROLE READY BY APPLYING MECHANICAL RESTRAINTS AND
c.  Ground three:  DEHUMANIZING HIM FOR HIS PAROLE CONSIDERATION HEARING
A VIOLATION OF DUE PEOCESS AND EQUAL PROTECTION.

(1) Supporting FACTS: BY PLACING PETITIONER IN RESTRAINTS, IT IS DISCOUNTING
HIS TWENTY-FOUR FOUR YEARS OF CLEAN CONDUCT AS HIS RECORD PROVES
AND REFLECTS NO NEGATIVE ACTIVITY WHATSOEVER. THE RECORD IS DEVOID
OF REFERENCE AS TO WHY HE SHOULD BE SHACKLED BECAUSE HE HAS HAD
SEVERAL HEARINGS NOT BEING SHACKLED.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☒ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☒ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☒ Yes    ☐ No

d.  Ground four: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

e.  Ground five: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

8.  If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

ALL GROUNDS WERE PRESENTED TO SUPREME COURT OF CALIFORNIA
_____

9.  Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

☐ Yes  ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____
    _____

    (7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

b.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

(7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?  ☐ Yes  ☒ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

11. Are you presently represented by counsel?  ☐ Yes  ☒ No

If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _July 16, 2008_ _____ _Robert M. Alvarez_ _____
                    *Date*                              *Signature of Petitioner*

**IN PRO PER**

1  ROBERT M. ALMARAZ
   C- 86584
2  P.O. BOX 799001
   SAN DIEGO, CA 92179
3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10
   ROBERT M. ALMARAZ              )   Case No. _____
11                                )
              Petitioner,         )
12                                )
         v.                       )   DECLARATION OF EXHAUSTION
13                                )
   MATTHEW CATE, Secretary, CDCR )    OF STATE REMEDIES
14                                )
              Respondant.         )   "EVIDENTIARY HEARING REQUESTED"
15 _____)

16  To The Honorable Judge of the District Court and all parties:

17      Petitioner has met all the AEDPA time constraints fro filing

18  a timely Habes Corpus. He filed his state writ after his seventh

19  subsequent suitability hearing which found him unsuitable for

20  release on parole on March 15, 2006.

21      Petitioner originally filed a  Writ of Habeas Corpus on the

22  March 7, 2007 after the Hearing became final on July 13, 2006.

23      Petitioner filed in the Court of Appeal on August 1, 2007

24  which was denied on October 24, 2007.

25      Petitioner finally filed with the California Supreme Court

26  his Writ of Habeas Corpus on December 10, 2007 which in turn was

27  denied on the June 18, 2008.

28  //

                              (1)

1    Petitioner has not exceeded the AEDPA time constraints and

2    has met all the filing requirements and was not procedurally

3    barred at any level of filing in the state courts.    Attached

4    herein as Exhibits    thru    are all of the state levels of court

5    proceedings and decisions.

6    Attached, Exhibit    is the State Supreme Court Writ filed

7    showing all issues present in the Federal Court have been

8    presented and Exhausted at the states's highest court and denied

9    without citing a reason as to why.

10    Sworn under penalty of perjury the forgoing is true and

11    correct.    Executed at Richard J. Donovan Correctional Facility,

12    San Diego, California 92179.    Dated _____*July 16, 2008*_____.

13

14    Respectfully submitted,

15

16

17    Robert M. Almaraz

18    In Pro Per

19

20    Attachments:

21    Exhibits

22    //

23    //

24    //

25    //

26

27

28

(2)

1
2
3

# TABLE OF CONTENTS

4
5
6
7
8
9
10
11
12
13

EXHIBIT

A     CALIFORNIA SUPERIOR COURT - FILE NOTICE

B     CALIFORNIA SUPERIOR COURT - DENIAL NOTICE

C     CALIFORNIA COURT OF APPEAL - FILE NOTICE

D     CALIFORNIA COURT OF APPEAL - DENIAL NOTICE

E     CALIFORNIA SUPREME COURT - FILE NOTICE

F     CALIFORNIA SUPREME COURT

      ADDENDUM ---------------- FILE NOTICE

G     CALIFORNIA SUPREME COURT - DENIAL NOTICE

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT COVER PAGE



**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

## NUMBER OF PAGES TO THIS EXHIBIT: _____/_____ PAGES.

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
   And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

Approved for
use with Judicial

MC-275

Name   ROBERT M. ALMARAZ

Address   R.J.D.C.F. - P.O. BOX 799001

SAN DIEGO, CA 92179

CDC or ID Number   C-86584

CONFORMED COPY
OF ORIGINAL ~~~~
Los ~~~~~~~~~~~~~~~~~ ~~~~

MAR - 7 2007

John A. ~~~~~~~~~~~~~~~~~~~~~~/Clerk

By _____ , Deputy

CALIFORNIA SUPERIOR COURT

COUNTY OF LOS ANGELES
(Court)

PETITION FOR WRIT OF HABEAS CORPUS

ROBERT M. ALMARAZ
Petitioner
              vs.
R.J. HERNANDEZ, Warden, et al
Respondent

No. _____
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS
(1)

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

# EXHIBIT COVER PAGE

$$B$$

**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

## NUMBER OF PAGES TO THIS EXHIBIT: _____2_____ PAGES.

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

Approved for
use with Judicial
Council forms
Jan 1997

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**DEPT 100**

| | | | | |
|---|---|---|---|---|
| Date: | MAY 29, 2007 | | | |
| Honorable: | PETER ESPINOZA | Judge | J. PULIDO | Deputy Clerk |
| | NONE | Bailiff | NONE | Reporter |

(Parties and Counsel checked if present)

BH004537
In re,
ROBERT M. ALMARAZ,
               Petitioner,
    On Habeas Corpus

Counsel for Respondent:

Nature of Proceedings:  ORDER RE: WRIT OF HABEAS CORPUS

The Court has read and considered petitioner's Writ of Habeas Corpus filed on March 7, 2007. Having independently reviewed the record, giving deference to the broad discretion of the Board of Parole Hearings ("Board") in parole matters, the Court concludes that the record contains "some evidence" to support the Board's finding that petitioner is unsuitable for parole (See Cal. Code Reg. Tit. 15, §2402; *In re Rosenkrantz* (2002) 29 Cal.4th 616, 667 (hereafter *Rosenkrantz*).)

Petitioner was received in the Department of Corrections on May 24, 1984 after a conviction for two counts of second-degree murder and two counts of kidnapping with use of a firearm. He was sentenced to fifteen years to life. His minimum parole eligibility date was June 19, 1991. The record reflects that on December 5, 1982, the victims visited petitioner and his two crime partners at their apartment. There was an altercation between one of the victims and petitioner's crime partner. At that point, petitioner entered the room and shot and killed the first victim. Because they had witnessed the shooting, the other two victims were bound and gagged with duct tape. They were kidnapped at gunpoint and taken to an open field in Manhattan Beach. One of the victims escaped and was chased, while the other was shot and killed. His body was found the next morning. Petitioner was taken into custody after the living victim escaped to a residence and called the police.

The Board found petitioner unsuitable for parole after a parole consideration hearing held on March 15, 2006. Petitioner was denied parole for one year. The Board concluded that petitioner was unsuitable for parole and would pose an unreasonable risk of danger to society and a threat to public safety. The Board based its decision on his commitment offense.

The record reflects that there is some evidence that, "the offense was carried out in a manner which demonstrates an exceptionally callous disregard for human suffering." (Cal. Code Regs., tit. 15, §2402, subd. (c)(1)(D).) This means that "the offense in question must have been committed in a more aggravated or violent manner than that ordinarily shown in the commission of that offense." (*In re Scott* (2004) 119 Cal.App.4th 871, 891.) An offense is more aggravated or violent when it involves "actions calculated to induce terror in the victim" (*Id.* at 892.) In this case, two of the victims watched as petitioner shot the other to death. Then, instead of shooting the witness immediately, petitioner and his crime partners bound and gagged them and took them, at gunpoint to a different location to be killed. The Board was justified in finding that these action induced unnecessary terror in the victims, making the offense more aggravated and violent than ordinary.

1

| |
|---|
| Minutes Entered |
| 05-29-07 |
| County Clerk |

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**DEPT 100**

| | | | |
|---|---|---|---|
| Date: | MAY 29, 2007 | | |
| Honorable: | PETER ESPINOZA | Judge | J. PULIDO | Deputy Clerk |
| | NONE | Bailiff | NONE | Reporter |

(Parties and Counsel checked if present)

BH004537
In re,
ROBERT M. ALMARAZ,
               Petitioner,

On Habeas Corpus

Counsel for Respondent:

The record reflects that "multiple victims were attacked, injured or killed in the same or separate incidents." (Cal. Code Regs., tit. 15, §2402, subd. (c)(1)(A).) Two of the victims were killed. Petitioner and his partners also attacked a third victim by tying him up, kidnapping him at gunpoint, and shooting at him as tried to escape. Because the offense involved multiple victims, the Court finds that there is some evidence that petitioner committed the crime in an especially heinous manner.

Accordingly, the petition is denied.

The court order is signed and filed this date. The clerk is directed to give notice.

A true copy of this minute order is sent via U.S. Mail to the following parties:

Robert M. Almaraz
C-86584
R.J. Donovan Correctional Facility
at Rock Mountain
P.O. Box 799001
San Diego, CA 92179-9001

Department of Justice
Office of the Attorney General of the State of California
Gregory J. Marcot, Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92186-5266

THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE, AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE.

ATTEST _____ JUL 0 2 2007 _____

JOHN A. CLARKE, Executive Officer/Clerk of the Superior Court of the State of California for the County of Los Angeles.

By _Joseph M. Pulido_____ , Deputy

JOSEPH M. PULIDO, S.C.C.



2

233219

| Minutes Entered |
|---|
| 05-29-07 |
| County Clerk |

# EXHIBIT COVER PAGE



**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

## NUMBER OF PAGES TO THIS EXHIBIT: _____/_____ PAGES.

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
   And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☐ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

Approved for
use with Judicial
Council forms
Jan 1997

COPY

MC-275

Name   ROBERT ALMARAZ

Address   P.O. BOX 799001

SAN DIEGO, CA 92179

CDC or ID Number   C-86584

T200886

COURT OF APPEAL - SECOND DIST.
FILED
AUG 1  2007
Clerk
JOSEPH A. LANE
GUEANA
Deputy Clerk

CALIFORNIA COURT OF APPEAL

SECOND APPELLATE DISTRICT

(Court)

PETITION FOR WRIT OF HABEAS CORPUS

ROBERT ALMARAZ

Petitioner

vs.

R.J. HERNANDEZ, Warden, et al

Respondent

No. _____

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

(1)

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

# EXHIBIT COVER PAGE

D

**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

## NUMBER OF PAGES TO THIS EXHIBIT: _____ PAGES.

/

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
   And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

Approved for
use with Judicial
Council forms
Jan 1997

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

COURT OF APPEAL - SECOND DIST.

F I L E D

OCT 2 4 2007

JOSEPH A. LANE                    Clerk

S. VEVERKA
                                       Deputy Clerk

|  |  |  |
|---|---|---|
| In re | ) | B 200886 |
|  | ) |  |
| ROBERT ALMARAZ, | ) | (Super. Ct. No. A903202, BH004537) |
|  | ) | (Peter Espinoza, Judge) |
| on Habeas Corpus. | ) |  |
|  | ) | ORDER |
|  | ) |  |

THE COURT:*

　　The petition for writ of habeas corpus has been read and considered.

　　The petition is denied for failure to state sufficient facts or to provide an adequate record or legal authority demonstrating entitlement to the relief requested.  There is "some evidence" to support the findings of the Board of Parole Hearings.  (See *In re Dannenberg* (2005) 34 Cal.4th 1061, 1071.)

* EPSTEIN, P.J.,　　　　WILLHITE, J.,　　　　SUZUKAWA, J.

# EXHIBIT COVER PAGE



**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

## NUMBER OF PAGES TO THIS EXHIBIT: _____ PAGES.

### JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

Approved for
use with Judicial
Council forms
Jan 1997

Name   ROBERT ALMARAZ

Address   P.O. BOX 799001

SAN DIEGO, CA 92179

In Pro Per

CDC or ID Number   C-86584

SUPREME COURT
FILED

DEC 1 0 2007

Frederick K. Ohirich Clerk

Deputy

SUPREME COURT

STATE OF CALIFORNIA

(Court)

---

| ROBERT ALMARAZ |
| Petitioner |
| vs. |
| R.J. HERNANDEZ, Warden, et al. |
| Respondent |

PETITION FOR WRIT OF HABEAS CORPUS

No.   **S158970**

*(To be supplied by the Clerk of the Court)*

"EVIDENTIARY HEARING REQUESTED"

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

(1)

www.accesslaw.com

# EXHIBIT COVER PAGE

F

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

## NUMBER OF PAGES TO THIS EXHIBIT: _____2_____ PAGES.

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

COPY

1  ROBERT ALMARAZ  C-86584
   R.J.D.C.F.  F1-5-244-L
2  P.O. BOX 799001
   SAN DIEGO, CALIF.  92179

3

4  IN PRO PER

5

6                    SUPREME COURT OF CALIFORNIA

7                    RECEIVED

8                    APR 3,0 2008              CASE NO:  __S158970__

9  ROBERT ALMARAZ~~EME~~ COURT       __ADDENDUM__
       CLERK SUPREME COURT         )
10     Petitioner,                 )   Request for Judicial Notice
                                   )   and Lodging of Documents that
11     vs.                         )   are relevant to the case at
                                   )   issue under Rule 29.1(d)(1)
12  JAMES TILTON, Secretary, CDCR  )   Appellate Rules of Court, and
                                   )   Pursuant to Fed. Rules of
13     Defendant.                  )   Evidence Rule 201 thru 201.9
                                   )   Fed. Rule of Appellate Proc.
14  ─────────────────────────────  )   28(j).

15     This Addendum is submitted pursuant to Petitioner's Petition

16  for Habeas Corpus and Motion to Lodge Documents to the Supreme

17  Court of California dated December 19, 2007. The Petition

18  concerns Robert Almaraz, Petitioner vs. James Tilton, Secretary,

19  CDCR, Defendant.

20     The pages that follow contain Petitioner's "Prefatory

21  Statement", which is here being submitted as an Addendum to

22  Petitioner's Writ of Habeas Corpus, case No. S158970, Letters of

23  Recomendation and Support, Parole Plans for the future, and

24  critical case decisions recently occuring after oringinal Writ

25  was filed.

26  NOTE: This Addendum - which, as mentioned, consists of Petitioner's

27  original Writ, was prepared at the same time as the Writ for the

28  purpose of allowing the Court to have expeditious overview of

                                (1)

1  the plea. Regettably, it was omitted from the Writ by oversight

2  and was, by chance, discovered this late date. Petitioner

3  submits it now along with critical case decisions recently

4  occuring after original Writ was filed, so with all due respect

5  to the Court with sincerest apoligies for its delay.

6      The following exhibits as mentioned are listed below:

7      Exhibit "A" - Prefactory Statement.

8      Exhibit "B" - Hayward v. Marshall, #06-55392 (9th Cir.)

9      Exhibit "C" - In Re Montgomary, 67 Cal.Rptr.3rd 721

10     Exhibit "D" - Letters of Recommendation - Petition of Support/Release.

11  Dated: _April 27, 2008_

12                              Respectfully submitted,

13

14                              _Robert Almaraz_

15                              Robert Almaraz

16                              In Pro Per

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT COVER PAGE

G

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

## NUMBER OF PAGES TO THIS EXHIBIT: _____ *1* _____ PAGES.

## JURISDICTION: (Check only one)

- [ ] CDCR Administrative Appeal
- [ ] California Victim Compensation And Government Claims Board
- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme
- [x] United States District Court
- [ ] United States Circuit Court
- [ ] United States Supreme Court

Approved for use with Judicial Council forms Jan 1997

S158970

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

---

In re ROBERT M. ALMARAZ on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

George, C. J., was absent and did not participate.

Werdegar, J., was absent and did not participate.

Corrigan, J., was absent and did not participate.

SUPREME COURT
FILED

JUN 1 8 2008

Frederick K. Ohlrich Clerk

_____
Deputy

**CHIN**
_____
*Acting Chief Justice*



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Friday, July 25, 2008

ROBERT M. ALMARAZ
C-86584
P.O. BOX 799001
SAN DIEGO, CA 92179-9001

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number
CV08- 4892 JSL (JC)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number             and also assigned the civil case number

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

[ ] District Court Judge _____

[X] Magistrate Judge _____ **Jacqueline Chooljian** _____

at the following address:

[X] U.S. District Court          [ ] Ronald Reagan Federal          [ ] U.S. District Court
    312 N. Spring Street              Building and U.S. Courthouse        3470 Twelfth Street
    Civil Section, Room G-8          411 West Fourth St., Suite 1053     Room 134
    Los Angeles, CA  90012           Santa Ana, CA  92701-4516           Riverside, CA 92501
                                     (714) 338-4750

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: _____
HRASHAD

Deputy Clerk