**ORIGINAL**   FILED

ROBERT M. ALMARAZ
P.O. BOX 799001
San Diego, CA 92179

2008 JUL 25 AM 11:05

In Pro Per

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. ALMARAZ ) | Case No. CV 08-04892-JSL(JC) |
| Petitioner, ) | |
| v. ) | MOTION TO LODGE DOCUMENTS AND MOTION TO REQUEST THIS COURT TAKE JUDICIAL NOTICE OF SAID DOCUMENTS. |
| MATTHEW CATE, Secretary, ) CDCR ) | |
| Respondant. ) | |

TO: THE HONORABLE JUDGE OF THE COURT:

Petitioner, ROBERT M. ALMARAZ, hereby submits the following relevant and material evidence in support of the brief filed herein, with all said documents.

Pursuant to the United States Rules of Evidence Code §201 through 201.9, Petitioner hereby requests the Court to take judicial Notice of said documents referred to in his brief and in support of his claims presented.

Respectfully submitted,

Dated July 16, 2008

*Robert Almaraz*
ROBERT M. ALMARAZ
In Pro Per

(1)