





UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT M. ALMARAZ,

Petitioner,

v.

MATTHEW CATE,

Respondent.

Case No. CV 08-4892 JSL(JC)

ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

On July 25, 2008, petitioner Robert M. Almaraz ("petitioner"), a California state prisoner currently incarcerated in San Diego, California, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 (the "Petition").

The Petition is not directed to the legality of petitioner's conviction sustained in the Los Angeles County Superior Court or the ensuing sentence imposed on April 5, 1984. Rather, the Petition concerns a parole problem. (Petition at 2, 5-6).

Venue is proper in a habeas action in either the district of conviction or the district of confinement. See 28 U.S.C. § 2241(d).

In cases in which a habeas petition is directed to the petitioner's underlying conviction or sentence, the district court for the district in which the petitioner was

convicted and sentenced is a more convenient forum because of the accessibility of evidence, records and witnesses. Thus, district courts in California generally transfer habeas actions questioning state convictions and/or sentences to the district in which the petitioner was convicted and sentenced.

In cases in which a petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. Russo v. Newland, 2000 WL 194812, *1 (N.D. Cal.); accord In re Phelon, 2002 WL 31618536, *1 (N.D. Cal.) (Eastern District of California preferable forum where High Desert State Prison inmate sought federal habeas review of prison disciplinary decision); Giovinco v. Carey, 2003 WL 21696204, *1 (N.D. Cal.) (Eastern District preferable forum for challenge of parole decision made at prison within that district); see also Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (proper forum for federal inmate to challenge execution of sentence is district in which prisoner confined). Accordingly, district courts in California generally transfer habeas actions challenging the manner in which a sentence is being executed to the district in which the petitioner is confined.

Petitioner is housed in San Diego County, California, which is within the jurisdictional boundaries of the Southern District of California. See 28 U.S.C. § 84(d). Therefore, pursuant to 28 U.S.C. §§ 1404(a) and 2241(d), and in the interests of justice, IT IS HEREBY ORDERED:

///

///

///

///

///

///

///

The Clerk of this Court shall transfer this matter to the United States District Court for the Southern District of California, and shall serve a copy of this Order upon petitioner and upon the California Attorney General.

IT IS SO ORDERED.

DATED: August 1, 2008

Spencer Letts

HONORABLE J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

Presented by:

Jacqueline Chooljian
United States Magistrate Judge




**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
_________________ District of _______________
______________________________________
______________________________________

**Re:** Transfer of our Civil Case No. ______________________________________

Case Title: ______________________________________

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐ Original case file documents are enclosed in paper format.
☐ Electronic Documents are accessible through Pacer.
☐ Other: ______________________________________
______________________________________

Very truly yours,

Clerk, U.S. District Court

Date: ______________________ By ______________________
Deputy Clerk

*cc: All counsel of record*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐ CivilIntakecourtdocs-LA@cacd.uscourts.gov (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov (Santa Ana Office)

Case Number: ______________________

Clerk, U.S. District Court

Date: ______________________ By ______________________
Deputy Clerk