# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08−cv−04892−JSL−JC

Robert M. Almaraz v. Matthew Cate  
Assigned to: Judge J. Spencer Letts  
Referred to: Magistrate Judge Jacqueline Chooljian  
Related Case: 2:06−cv−07301−JSL−JC  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/25/2008  
Date Terminated: 08/01/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Robert M. Almaraz**                          represented by   **Robert M. Almaraz**  
CDC C−86584  
R J Donovan Correctional Facility  
P O Box 799001  
San Diego, CA 92179−9001  
PRO SE

V.

**Respondent**

**Matthew Cate**  
*Secretary, CDCR*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2008 | Ï 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge J. Spencer Letts and referred to Magistrate Judge Jacqueline Chooljian. (Filing fee $ 5 PAID.), filed by Petitioner Robert M. Almaraz. (et) (Entered: 07/29/2008) |
| 07/25/2008 | Ï 2 | MOTION to Lodged Documents and Motion to Request this Court take judicial notice of said documents filed by Petitioner Robert M. Almaraz. (et) (Entered: 07/29/2008) |
| 07/25/2008 | Ï 3 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge J. Spencer Letts and referred to Magistrate Judge Jacqueline Chooljian to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 07/29/2008) |
| 08/01/2008 | Ï 4 | ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA by Magistrate Judge Jacqueline Chooljian transferring case to Southern District of California at San Diego. (MD JS−6. Case Terminated.) (Attachments: # 1 Transmittal) (es) (Entered: 08/08/2008) |