IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT M. ALMARAZ,**<br><br>                              Petitioner,<br><br>    v.<br><br>**MATTHEW CATE, Secretary,**<br><br>                              Respondent. | CV 08-1463 W (RBB)<br><br>**ORDER DENYING EX PARTE APPLICATION FOR THIRD EXTENSION OF TIME [DOC. NO. 15]** |

Respondent Robert J. Hernandez, Warden, Richard J. Donovan Correctional Facility, applied ex parte for a third extension of time to file his response to the Petition for Writ of Habeas Corpus.

On November 14, 2008, the Court granted Respondent through December 15, 2008, to file an Answer to the Petition. (Order Granting Ex Parte App., Nov. 14, 2008.) The Order provided that "[n]o further extensions will be granted absent extraordinary circumstances shown in an application filed by the Senior Assistant Attorney [General]." The current Ex Parte Application does not comply with the Court's prior order.

1  Accordingly, Respondent's Ex Parte Application for a thirty-day extension of time to and including December 19, 2008, to file and serve the response to the Petition for Writ of Habeas Corpus is DENIED.

Dated: December 16, 2008

_____
The Honorable Ruben B. Brooks