IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. ALMARAZ,<br><br>                          Petitioner,<br><br>  v.<br><br>MATTHEW CATE, Secretary,<br><br>                          Respondent. | CV 08-1463 W (RBB)<br><br>**ORDER GRANTING RESPONDENT'S MOTION TO PERMIT LATE FILING OF RESPONDENT'S ANSWER [DOC. NO. 17]** |

      Respondent Robert J. Hernandez, Warden, Richard J. Donovan Correctional Facility, moved the Court for permission to file a late Answer to the Petition for Writ of Habeas Corpus [doc. no. 17]. Good cause therefore appearing, IT IS HEREBY

      **ORDERED** that Respondent's late Answer may be filed and will not be stricken from the docket. IT IS FURTHER

      **ORDERED** that Petitioner shall have until January 23, 2009, to file his traverse, and IT IS FURTHER

      **ORDERED** that all other orders of this Court remain in full force and effect.

Dated: December 18, 2008

                                                      Ruben B. Brooks, Magistrate Judge
                                                      United States District Court